**Julia Ann RATLIFF, Plaintiff—
Appellant,**

v.

**Michael J. ASTRUE, Commissioner of
Social Security, Defendants—
Appellees.**

No. 07–1027.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 11, 2007.

Decided: July 25, 2007.

John P. Bradwell, Shortridge & Shortridge, P.C., Abingdon, Virginia, for Appellant. Michael McGaughran, Regional Chief Counsel, Nora R. Koch, Supervisory Regional Counsel, Elizabeth A. Corritore, Special Assistant United States Attorney, Social Security Administration, Philadelphia, Pennsylvania; John L. Brownlee, United States Attorney, Sara Bugbee Winn, Assistant United States Attorney, Roanoke, Virginia, for Appellees.

Before MICHAEL, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julia A. Ratliff appeals the district court's order denying her motion for summary judgment and granting the Commissioner's motion for summary judgment on her claim for supplemental security income benefits. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ratliff v. Astrue,* No. 2:06–cv–00005–GMW (W.D.Va. Dec. 20, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*